little practical effect. *See generally Allegheny County Sportsmen's League v. Rendell,* 580 Pa. 149, 163–64, 860 A.2d 10, 19 (2004) (indicating that, for purposes of statutory construction, courts should avoid interpretations that render a statutory provision of no effect).

### ORDER

PER CURIAM.

**AND NOW,** this 26th day of November, 2007, the Petition for Allowance of Appeal is hereby **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is **REMANDED** to Superior Court for further consideration in light of *Commonwealth v. Walls,* 592 Pa. 557, 926 A.2d 957 (2007).